UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SAYDATOU TATIETA, et al.,

      Plaintiffs,

v.                                      CASE NO. 3:22-cv-1046-SJH

GRIMALDI DEEP SEA SPA,

      Defendant.
_____/

**ORDER FOLLOWING HEARING**

*Pro Se* Plaintiffs and counsel for Defendant appeared by videoconference before the Court for a status conference on December 3, 2025. For the reasons stated on the record at the status conference, it is **ORDERED**:

This case is referred to mediator David W. McCreadie, Esq., from Lau Lane Pieper Conley & McCreadie PA, pursuant to Chapter Four of the Local Rules, the requirements of which are incorporated by reference. Counsel for Defendant is designated as lead counsel to be responsible for coordinating a mutually agreeable mediation date and for filing a notice advising the Court of the date selected for mediation. The mediation conference shall be completed by **January 9, 2026**. Absent agreement otherwise or order of the Court, the cost of the mediator's services shall be borne equally by the parties.

Attendance at mediation is required of lead counsel, the parties or a party's surrogate satisfactory to the mediator, and any necessary insurance carrier

representative. An unexcused absence or departure from mediation is sanctionable. The mediator shall report within seven days after mediation the result of the mediation and whether all required persons attended. The substance of the mediation is confidential. No party, lawyer, or other participant is bound by, may record, or without the Court's approval may disclose any event, including any statement confirming or denying a fact—except settlement—that occurs during the mediation.

    **DONE AND ORDERED** in Jacksonville, Florida, on December 3, 2025.

                              Samuel J. Horovitz
                              United States Magistrate Judge

Copies to:

*Pro Se* Plaintiffs

Counsel of Record

Mediator, David W. McCreadie, Esq., with attachments: (mediation report form, docket sheet)